IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-MC-00137-MCE-CKD |
| Plaintiff and Judgment Creditor, | **FINAL ORDER OF CONTINUING GARNISHMENT (WAGES)** |
| v. | |
| JASON ALAN ORDONEZ, | CRIMINAL CASE NO. 2:06-CR-00420-LKK |
| Defendant and Judgment Debtor. | |
| TELSTAR INSTRUMENTS, A CALIFORNIA CORPORATION, | |
| Garnishee. | |

Pending before the Court is the United States' application for a final order of continuing wage garnishment (the Application). The Court, having reviewed the Application and court files, hereby finds as follows:

1. On September 11, 2018, the United States applied for a writ of continuing garnishment of the non-exempt disposable wages, commissions, bonuses, earnings and other compensation (the Wages) Telstar Instruments (Telstar) pays defendant Jason Alan Ordonez. ECF No. 1.

2. The United States sought the writ to enforce the unpaid criminal monetary penalties ordered in the criminal case referenced above. The Application seeks a total of $76,106.72, representing the $69,187.93 judgment balance plus a $6,918.79 litigation surcharge. The Federal Debt Collection

Procedures Act (the FDCPA) authorizes the United States to recover a ten percent (10%) surcharge of the unpaid debt balance in a garnishment proceeding to enforce an unpaid judgment. 28 U.S.C. § 3011(a).

3. The clerk of court issued the writ on September 12, 2018. ECF No. 3.

4. The United States served the writ of garnishment and its attachments on Telstar on September 12, 2018 and on Defendant on September 14, 2018. ECF Nos. 2 and 5, respectively. The writ attachments include notice and instructions to Defendant of his right to claim exemptions to the garnishment, object to Telstar's acknowledgment of service and answer of garnishee (the Answer), and request a hearing in this case. ECF No. 5.

5. Telstar filed its Answer to the writ on September 17, 2018. ECF No. 6. The Answer states that the Defendant receives $840.00 in weekly gross wages and has a prior wage garnishment of $216.00 per month payable to the County of Sacramento Child Support Services. After tax and other withholdings, Defendant receives weekly net wages of approximately $675.66.

6. Defendant has not claimed any exemptions, objected to Telstar's Answer, nor requested a hearing in this case. His time to do so has now expired, 28 U.S.C. § 3014 and 28 U.S.C. § 3205(c)(5), and an order directing Telstar as to the disposition of Defendant's wages is now warranted. 28 U.S.C. § 3205(c)(7).

7. The Defendant and the United States consented to the jurisdiction of the United States Magistrate Judge. ECF Nos. 7 and 8.

8. All conditions to the issuance of a final order of continuing garnishment of Defendant's Wages are satisfied.

ACCORDINGLY, the Court hereby ORDERS, ADJUDGES and DECREES as follows:

1. The United States' application for a final order of continuing garnishment of the non-exempt disposable wages, commissions, bonuses, earnings and other compensation (the Wages) Telstar pays Defendant is GRANTED.

2. Defendant's Wages are GARNISHED in the total sum of $76,106.72, representing the $69,187.93 judgment balance plus a $6,918.79 litigation surcharge payable to the United States Department of Justice pursuant to 28 U.S.C. § 3011(a).

3. Telstar shall DELIVER to the clerk of court, within fifteen (15) days of the filing of this order, payment of the Defendant's Wages Telstar has been withholding from the date it received the writ of continuing garnishment to the date Telstar receives a filed copy of this order.

4. Telstar shall DELIVER, within thirty (30) days after making the initial payment required above, and every 30 days thereafter, payment representing twenty-five percent (25%) of Defendant's future Wages less the prior wage garnishment of $216.00 per month until the restitution balance and surcharge are fully paid, or the Court orders otherwise.

5. Payments towards the $69,187.93 judgment balance shall be via money order, cashier's check or company draft, made PAYABLE to the "Clerk of the Court" and delivered to the United States District Court, Eastern District of California, Clerk of the Court, 501 I Street, Room 4-200, Sacramento, California 95814. Telstar shall also state the criminal docket number (Case No. 2:06-CR-00420-LKK) on the payment instrument.

6. Once the judgment balance is satisfied, Telstar's payments towards the $6,918.79 litigation surcharge shall be made PAYABLE to the United States Department of Justice pursuant to payment instructions the United States provides separately.

7. Telstar shall PROVIDE the United States written notice if the amount or form of compensation to Defendant changes while this order is in effect or if Telstar no longer has custody, possession or control of Defendant's property.

8. The Court retains jurisdiction over this case to issue any necessary ancillary orders.

IT IS SO ORDERED.

Dated: November 9, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINAL ORDER OF
CONTINUING GARNISHMENT (WAGES)

3